**2007–2301.   State v. Heard.**
Hamilton App. Nos. C–060862, C–060900, and C–060928, 2007-Ohio-5872.

**2007–2304.   State v. Johnson.**
Lake App. No. 2006–L–259, 2007-Ohio-5783.

**2007–2305.   Yoder v. Thorpe.**
Franklin App. No. 07AP–225, 2007-Ohio-5866.
 O'DONNELL, J., dissents.

**2007–2306.   State v. Hairston.**
Franklin App. Nos. 07AP–160 and 07AP–161, 2007-Ohio-5928. Discretionary appeal and cross-appeal not accepted.
 MOYER, C.J., dissents and would accept the cross-appeal.
 LANZINGER, J., dissents and would accept the appeal on Proposition of Law Nos. I and II and the cross-appeal.
 CUPP, J., dissents and would accept the cross-appeal on Proposition of Law Nos. II and III.

**2007–2312.   State v. Betts.**
Cuyahoga App. No. 88607, 2007-Ohio-5533.

**2007–2314.   In re B.F.**
Warren App. Nos. CA2006–10–118 and CA2006–11–137.

**2007–2315.   State v. Orsborne.**
Allen App. No. 1–06–94, 2007-Ohio-5776.
 LANZINGER, J., dissents and would accept the appeal on Proposition of Law No. II.

**2007–2316.   State v. Miller.**
Washington App. No. 07CA2, 2007-Ohio-5931.

**2007–2327.   State v. Martin.**
Cuyahoga App. No. 89030, 2007-Ohio-6062.

**2007–2328.   State v. McGlothlin.**
Hamilton App. No. C–060145, 2007-Ohio-4707.
 O'CONNOR, J., dissents.

**2007–2330.   In re Grubbs.**
Guernsey App. No. 07 CA 2, 2007-Ohio-5807.

**2007–2332.   State v. Tabor.**
Franklin App. No. 07AP–267, 2007-Ohio-5796.
 CUPP, J., not participating.

**2007–2333.   State v. Smith.**
Hamilton App. No. C–070728.

**2007–2340.   State v. Garner.**
Franklin App. No. 07AP–429, 2007-Ohio-5865.

**2007–2346.   State v. Ervin.**
Cuyahoga App. No. 88618, 2007-Ohio-5942.

**2007–2360.   State v. Kendrick.**
Montgomery App. No. 21790, 2007-Ohio-6136.

**2007–2362.   Boila v. Nationwide Mut. Ins. Co.**
Mahoning App. No. 06 MA 166, 2007-Ohio-6071.
 MOYER, C.J., and PFEIFER, J., dissent.

**2007–2364.   Kemp v. Kemp.**
Stark App. No. 2007–CA–0045, 2007-Ohio-6116.